IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moore Sr, Lonnie B

Printed: 1/8/08

Case Number: 07 B 03316
Judge: Hollis, Pamela S
Filed: 2/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2007
Confirmed: May 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 950.00 |  |
| Secured: |  | 751.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 147.10 |
| Trustee Fee: |  | 51.30 |
| Other Funds: |  | 0.00 |
| Totals: | 950.00 | 950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,999.00 | 147.10 |
| 2. | Gateway Financial | Secured | 6,756.04 | 751.60 |
| 3. | Nebraska Dept Of Health & Human Services | Priority | 14,055.17 | 0.00 |
| 4. | Gateway Financial | Unsecured | 0.00 | 0.00 |
| 5. | Central Financial Control | Unsecured | 115.65 | 0.00 |
| 6. | Linda Walters/Child Support Service | Priority |  | No Claim Filed |
| 7. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 8. | FSB Financial LLC | Unsecured |  | No Claim Filed |
| 9. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 10. | CNAC | Unsecured |  | No Claim Filed |
| 11. | Sprint Nextel | Unsecured |  | No Claim Filed |
| 12. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 13. | Credit Acceptance Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 23,925.86 | $ 898.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 51.30 |
|  | _____ |
|  | $ 51.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Moore Sr, Lonnie B | Case Number:  07 B 03316 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  2/26/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

